# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RHONDA GILLISLEE,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　Case No. **6:05-cv-1217-Orl-28KRS**

**FLORIDA PRODUCTION ENGINEERING, INC.,**

        **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　MOTION FOR DEFAULT (Doc. No. 7)
>
> **FILED:**　　November 21, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The return of service, doc. no. 6, indicates that Defendant was served on October 31, 2005. Therefore, the Answer served on November 21, 2005, was timely.

**DONE** and **ORDERED** in Orlando, Florida on November 22, 2005.

                                        *Karla R. Spaulding*
                                        KARLA R. SPAULDING
                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties